No. 252. THE BRUNER OIL COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* THE DEMING INVESTMENT COMPANY. In error to the Supreme Court of the State of Oklahoma. Submitted April 22, 1915. Decided April 26, 1915. *Per Curiam.* Judgment affirmed with costs upon the authority of *Skelton* v. *Dill,* 235 U. S. 206; *Adkins* v. *Arnold,* 235 U. S. 417. *Mr. George S. Ramsey* and *Mr. Edgar A. de Meules* for the plaintiffs in error. *Mr. A. J. Biddison* for the defendant in error.

---

No. 355. EDWARD ROBY, PLAINTIFF IN ERROR, *v.* SOUTH PARK COMMISSIONERS ET AL. In error to the Supreme Court of the State of Illinois. Motion to dismiss or affirm submitted April 26, 1915. Decided May 3, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Iowa Central Ry.* v. *Iowa,* 160 U. S. 389; *Texas & New Orleans R. R.* v. *Miller,* 221 U. S. 408, 416; *Brinkmeier* v. *Missouri Pacific Ry.,* 224 U. S. 268; *Washington* v. *Miller,* 235 U. S. 422, 429. *Mr. Edward Roby* for the plaintiff in error. *Mr. Robert Redfield, Mr. Chauncey W. Martyn* and *Mr. Charles L. Bartlett* for the defendants in error.